# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation of Supervised Release**) |
| v. | Case Number: 02-cr-00109-WYD-01 |
| | USM Number: 31032-013 |
| TORREY V. BANKS | Virginia Grady, AFPD <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 10, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 10/18/11 |
| 2 | Possession and Use of a Controlled Substance | 10/24/11 |

    The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

October 29, 2012
Date of Imposition of Judgment

s/ Wiley Y. Daniel
Signature of Judge

Wiley Y. Daniel, Chief U.S. District Judge
Name & Title of Judge

November 19, 2012
Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance | 11/09/11 |
| 4 | Failure to Report for Urine Testing as Directed by the Probation Officer | 12/02/11 |
| 5 | Failure to Attend substance Abuse/Mental Health Counseling as Directed by the Probation Officer | 11/30/11 |
| 6 | Tampering With a Urine Sample | 11/30/11 |
| 7 | Possession and Use of a Controlled Substance | 11/30/11 |
| 8 | Failure to Report to the Probation Officer as Directed by the Probation Officer | 12/05/11 |
| 9 | Violation of the Law - Second Degree Burglary of Dwelling | 04/20/12 |
| 10 | Violation of the Law - Sexual Contact-No Consent | 04/20/12 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of thirteen (13) months to run consecutive to Arapahoe County Court Colorado Case Nos. 09CR1731 and 09CR2558.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal